UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ODIE BRISCOE,

    Plaintiff,

v.

UNITED AIRLINES INC, et al.,

    Defendants.

Case No. 15-cv-00476-VC

**ORDER DENYING MOTION TO CERTIFY APPEAL AND DENYING MOTION TO STAY**

On May 22, 2015, the Court dismissed the race discrimination claims relating to unposted positions. Dismissal was with leave to amend. The plaintiff now requests that the Court certify the dismissal for interlocutory appeal. That request is denied, as is the motion to stay the case pending appeal.

**IT IS SO ORDERED.**

Dated: June 11, 2015

VINCE CHHABRIA
United States District Judge